456 A.2d 1366

**PENNSYLVANIA HUMAN RELATIONS COMMISSION, Appellant,**

v.

**PITTSBURGH STEEL–ALLENPORT EMPLOYEES' FEDERAL CREDIT UNION.**

Supreme Court of Pennsylvania.

Argued March 10, 1983.

Decided March 22, 1983.

Michael L. Foreman, Asst. Gen. Counsel, Pittsburgh, for appellant.

James Hankle, Doherty & Robb, Pittsburgh, for appellee.

Samuel Marshall, Joseph J. Duffy, Philadelphia, amici curiae.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order Affirmed.